UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| PEDRO J. PACHECO-BARRAZA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL NO. 3:19-CV-01406 |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

ORDER

March 1, 2021

SOROKIN, J.[1]

Pedro J. Pacheco-Barraza has filed a motion seeking an award of attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Doc. No. 31. The Commissioner has responded by notifying the Court that he has no objection and consents to entry of the award in the amount and on the terms Pacheco-Barraza has described. Doc. No. 33. Accordingly, in light of the parties' submissions, the Court hereby ORDERS as follows:

1) Pacheco-Barraza's motion for fees (Doc. No. 31) is ALLOWED;

2) Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, Pacheco-Barraza is AWARDED attorney fees and expenses totaling $6,851.72;

3) The Commissioner shall make the above-described award payable to Pacheco-Barraza but shall send it to his counsel's office address (which appears on the docket and on the motion seeking fees); and

---

[1] Of the District of Massachusetts, sitting by designation.

4) There shall be no offset of any debt to the Social Security Administration in connection with this award.

                                                      SO ORDERED.

                                                /s/ Leo T. Sorokin  
                                                United States District Judge